# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                              4:03-CR-00283-03-BRW

BILLY DON HARRIS

## ORDER

Pending is *pro se* Defendant's unopposed Motion for Early Termination of Supervised Release (Doc. No. 200). Defendant has served more than one year of his supervised release. I am satisfied that early termination is warranted by the conduct of Defendant and the interest of justice. Accordingly, the Motion is GRANTED.

IT IS SO ORDERED this 5th day of December, 2014.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE